Anthony Boskovich, No. 121198
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, California 95113-1210

(408) 286-5150
policemisconduct@compuserve.com

Attorney for plaintiff HARVEY HOLCOMB

# IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| HARVEY HOLCOMB,<br><br>       *Plaintiff,*<br><br>v.<br><br>JERRY RAMAR, a Modesto police officer;<br>OFFICER KROUTIL, a Modesto police officer;<br>OFFICER COX, a Modesto police officer;<br>OFFICER BOTTOMS, a Modesto police officer;<br>OFFICER CICCARELLI, a Modesto police<br>officer; J. CHANDLER, a Modesto police officer;<br>JOHN DOE and RICHARD ROE, Modesto<br>police officers, the true names and exact numbers<br>of whom are unknown at this time;  CITY OF<br>MODESTO, a municipal corporation,<br>       *Defendants.* | No.<br><br>COMPLAINT FOR VIOLATION<br>OF CIVIL RIGHTS – JURY TRIAL<br>DEMANDED |

## JURISDICTION

1.  This action arises under Title 42 of the United States Code, Section 1983.  Jurisdiction is conferred upon this Court by Title 28 of the United States Code, Sections 1331 and 1343.  The

Complaint for Violation of Civil Rights –
Jury Trial Demanded

Page 1

*Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150*

1  unlawful acts and practices alleged occurred in the City of Modesto, County of Stanislaus,

2  California, which is within this judicial district, and designated by this court to be venued in Fresno.

3

4

5                                         **PARTIES**

6

7          2.  Plaintiff HARVEY HOLCOMB is and at all times herein mentioned was, a citizen of the

8  United States and a resident of Salida, California.

9

10         3.  Defendant CITY OF MODESTO ("CITY") is a municipal corporation, duly organized

11  and existing under the laws of the State of California.

12

13         4.  At all times mentioned herein, defendants JERRY RAMAR, OFFICER KROUTIL,

14  OFFICER COX, OFFICER BOTTOMS, OFFICER CICCARELLI, J. CHANDLER, and JOHN

15  DOE and RICHARD ROE (hereinafter "OFFICERS"),  were employed as police officers for

16  defendant CITY.  Defendant  officers are sued individually as police officers for the CITY.  By

17  engaging in the conduct described here, defendant officers acted under the color of law and in the

18  course and scope of their employment for defendant CITY.  By engaging in the conduct described

19  here, defendant officers exceeded the authority vested in them as police officers under the United

20  States Constitution and as employees of the CITY.

21  //

22  //

23  //

24  //

25  //

26

27

28  Complaint for Violation of Civil Rights –
Jury Trial Demanded                                                      Page 2

*Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150*

**STATEMENT OF FACTS**

5.   Plaintiff Harvey Holcomb is a disabled man suffering from severe hypertension and rheumatoid arthritis.  These diseases severely limit Mr. Holcomb's ability to ambulate or perform other manual functions.

6.  On 7 May 2012, JERRY RAMAR was assigned as an undercover officer and was in plain clothes and driving an old, beat up unmarked car.

7.  At about 4:30 P.M., Mr. Holcomb was driving at the speed limit on westbound F Street in the CITY, and was passing by the police station.  In violation of the California Vehicle Code, and apparently without looking, JERRY RAMAR pulled out of the parking lot and directly in front of Mr. Holcomb's car.

8.  In order to avoid the collision, Mr. Holcomb slammed on his brakes, causing the contents of the cab to go flying.

9.  Officer RAMAR proceeded to complete his left turn, and as Officer RAMAR completed the turn he glowered at Mr. Holcomb in a menacing manner.  When the cars were parallel, Mr. Holcomb briefly told JERRY RAMAR what he thought of him and drove on his way.

10.   Rather than acting as a responsible citizen and police officer, Officer RAMAR, committed yet another traffic violation and made an illegal u-turn in order to consummate his road rage on the unsuspecting Mr. Holcomb.

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150

11.  Mr. Holcomb proceeded on F Street and stopped at the stop sign at 10th Street.  At this point, Mr. Holcomb's passenger was searching for his cell phone which had flown out of his lap because of the sudden stop, and the vehicle lingered a few extra seconds at the stop sign.

12.  Officer RAMAR now apparently felt action was required, so he put on his raid vest and followed Mr. Holcomb.

13.  Mr. Holcomb proceeded through the intersection and pulled over to the curb so that he would not block traffic and so that his passenger could safely remove his seat belt and look for the phone.  Officer RAMAR spotted his chance, falsely noting in his report that Mr. Holcomb's vehicle was not within 18 inches of the curb.

14.  Officer RAMAR got out of his vehicle and proceeded to sneak along the driver's side of his car and Mr. Holcomb's SUV, and right past the clearly visible wheelchair that Mr. Holcomb needed to ambulate that was located in the cargo section.

15.  Mr. Holcomb looked in his mirror and saw the man approaching, and fearing that he might be trapped in the car, he started to pull himself out so that he could lean on the car to support himself.

16.  Officer RAMAR, with neither command nor warning, immediately pulled Mr. Holcomb out of the car an he and other OFFICERS proceeded to throw Mr. Holcomb forcibly against another vehicle and violently assaulting him.  According to Officer RAMAR, before he even made contact, he had called for backup.

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150

17.   Not satisfied with abuse they had rendered, OFFICERS proceeded to throw Mr. Holcomb to the ground and continued to batter him, crossing his legs in a hogtie position, all the while screaming "stop resisting" even though Mr. Holcomb was not resisting and in fact was incapable of resisting.

18. OFFICERS then ordered Mr. Holcomb to get up, and he told them that he was unable to do so, and that he needed an ambulance due to his medical condition.  At first OFFICERS ridiculed Mr. Holcomb and accused him of faking his condition.  They blamed him for the situation.  Eventually, paramedics were called, who cleared Mr. Holcomb.

19. OFFICERS again told Mr. Holcomb to get up, and when he again said that he could not, they berated him some more.  Eventually the light bulb went on, and OFFICERS retrieved the wheelchair and put Mr. Holcomb in it and walked him over to the jail.

20. Mr. Holcomb was charged with violation of Penal Code section 148 and Vehicle Code section 22350.  All charges were dismissed.

**DAMAGES**

21. As a proximate result of defendants' conduct, plaintiff suffered pain and physical injuries.  As a further proximate result of defendants' conduct , plaintiff suffered severe emotional and mental distress, fear, terror, anxiety, humiliation, embarrassment, and loss of his sense of security, dignity, and pride as a citizen of the United States.

Law Offices of Anthony Boskovich 28 North First Street, 6ᵗʰ Floor, San Jose, CA 95113  (408) 286-5150

Complaint for Violation of Civil Rights –
Jury Trial Demanded

Page 5

22.   As a further proximate result of defendants' conduct, plaintiff has incurred medical expenses, and will continue to incur medical expenses in the future.

23.   As a further proximate result of defendants' conduct, plaintiff lost time and earnings from his usual occupation, and will continue to lose income in the future.

24.   The conduct of defendant OFFICERS was malicious, wanton, and oppressive.  Plaintiff is therefore entitled to award of punitive damages against defendant OFFICERS.

25.   Plaintiff found it necessary to engage the services of private counsel to vindicate his rights under the law.  Plaintiff is therefore entitled to an award of all attorney's fees incurred in relation to this action for violation of his civil rights.

**FIRST CLAIM FOR RELIEF**
(42 U.S.C § 1983)
(Against defendant OFFICERS)

26.   Plaintiff realleges and incorporates by reference paragraphs 1 through 25 of this complaint.

27.   In doing the acts complained of, defendants OFFICERS acted under the color of the law to deprive the plaintiff of certain constitutionally protected rights, including, but not limited to:

a.  The right to be free from unreasonable searches and seizures, as guaranteed by the Fourth and Fourteenth Amendments to the United States Constitution;

b.  The right to be free from arrest without probable cause,  as guaranteed by the Fourth and Fourteenth Amendments to the United States Constitution;

Law Offices of Anthony Boskovich 28 North First Street, 6th Floor, San Jose, CA 95113  (408) 286-5150

c.  The right not to be deprived of life, liberty, or property without due process of law, as guaranteed by the Fifth and Fourteenth Amendments to the United States Constitution;

d.  The right to be free form the use of excessive force by police officers, which is guaranteed by the Fourth, Fifth and Fourteenth Amendments to the United States Constitution;

e.  The right to equal protection of the laws, as guaranteed by the Fourteenth Amendment to  the United States Constitution; and,

f.  The right to be free from cruel and unusual punishment; and from pre-charging and pre-judgment punishments, as guaranteed by the Eighth Amendment to the United States Constitution; and,

g.  The right to prompt medical attention while in custody as guaranteed by the Due Process Clause of the Fifth and Fourteenth Amendments to the United States Constitution.

28.  As a proximate result of defendants' wrongful conduct, plaintiff suffered injuries and damages as set forth.

**WHEREFORE**,  Plaintiff prays for relief as set forth.

**SECOND CLAIM FOR RELIEF**
(42 U.S.C. § 1983)
(Against Defendant CITY OF MODESTO)

29.  Plaintiff realleges and incorporates by reference herein paragraphs 1 through 28 of this complaint.

30.  The CITY, by and through its supervisory officials and employees, has been given notice on repeated occasions of a pattern of ongoing constitutional violations and practices by defendant

Law Offices of Anthony Boskovich 28 North First Street, 6ᵗʰ Floor, San Jose, CA 95113  (408) 286-5150

OFFICERS herein and other Modesto police officers, consisting of the use of unnecessary and excessive force, unequal law enforcement, failure to provide prompt medical care to injured citizens, and abuse of the disabled.  Despite said notice, defendant CITY has demonstrated deliberate indifference to this pattern and practices of constitutional violations by failing to take necessary, appropriate, or adequate measures to prevent the continued perpetuation of said pattern of conduct by Modesto police officers.  This lack of an adequate supervisorial response by defendant CITY demonstrates the existence of an informal custom or policy which tolerates and promotes the continued use of excessive force against and violation of civil rights of citizens by Modesto police officers.

31.   The acts of OFFICERS alleged herein are the direct and proximate result of  the deliberate indifference of defendant CITY and its supervisory officials and employees to violations of the constitutional rights of persons by OFFICERS herein, and other members of the Modesto Police Department.  The plaintiff's injuries were foreseeable and a proximate result of the deliberate indifference of the CITY to the pattern, practices, customs, and policies described above.

**WHEREFORE**, Plaintiff prays for relief as set forth.

**THIRD CLAIM FOR RELIEF**
(Americans With Disabilities Act)
(As against all defendants)

32.   Plaintiff realleges and incorporate by reference herein paragraphs 1 through 25 of this complaint.

Complaint for Violation of Civil Rights –
Jury Trial Demanded                                                                                          Page 8

33.  Pursuant to the Americans With Disabilities Act, a public entity illegally discriminates against persons with disabilities by excluding them from the benefits of services of the public entity under 42 U.S.C. section12132.

34.  Defendants, and each of them, violated the Americans With Disabilities Act by failing to provide adequate accommodation, transportation, and medical care for disabled suspects and prisoners such as Mr. Holcomb, instead subjecting them to needless pain and suffering during the arrest and transportation process, and retaliating against them if they dare attempted to improve their conditions.

35.  The conduct of the abovementioned defendants was motivated by a discriminatory animus and ill will toward disabled prisoners, resulting in an irrational prejudice wholly lacking a legitimate government interest.

**WHEREFORE,** Plaintiff prays for relief as set forth.

## JURY DEMAND

36.  Plaintiff hereby demands a jury trial in this action.

## PRAYER

**WHEREFORE**, Plaintiff prays for relief as follows:

1.  General damages in an amount no less than $250,000;

Complaint for Violation of Civil Rights –
Jury Trial Demanded

Page 9

Law Offices of Anthony Boskovich 28 North First Street, 6ᵗʰ Floor, San Jose, CA 95113  (408) 286-5150

2.  Special damages in an amount no less than $100,000;

3. Punitive damages in an amount no less than $1,000,000;

4.  Reasonable attorney's fees pursuant to 42 U.S.C. section 1988;

5.  Costs of suit incurred herein; and,

6.  Such other and further relief as the Court may deem just and proper.

Dated: 17 July 2013

LAW OFFICES OF ANTHONY BOSKOVICH

/s/ Anthony Boskovich

By:_____
Anthony Boskovich
Attorney for Plaintiff Harvey Holcomb

Law Offices of Anthony Boskovich 28 North First Street, 6ᵗʰ Floor, San Jose, CA 95113  (408) 286-5150