# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY HOLCOMB,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JERRY RAMAR, et al,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:13-cv-01102-AWI-SKO<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>(Docket No. 2) |

　　　　Plaintiff Harvey Holcomb ("Plaintiff") filed a complaint on July 17, 2013, and submitted an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (Docs. 1, 2.) Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Accordingly, IT IS HEREBY ORDERED that Plaintiff's application to proceed in forma pauperis is GRANTED.

IT IS SO ORDERED.

Dated:  **July 19, 2013**　　　　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE