IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HARVEY HOLCOMB,** ) | 1:13-CV-1102  AWI SKO |
| ) | |
| Plaintiff, ) | |
| v. ) | **ORDER TAKING MATTER** |
| ) | **UNDER SUBMISSION** |
| **JERRY RAMAR, et al.,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Currently pending before the Court is Defendants' motion to dismiss.  Hearing on this matter is set for September 30, 2013.  The Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument.  Local Rule 230(h).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of September 30, 2013, is VACATED, and the parties shall not appear at that time.  As of September 30, 2013, the Court will take the Defendant's motion to dismiss under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   September 26, 2013

_____
SENIOR  DISTRICT  JUDGE