Anthony Boskovich (SBN 121198)
Law Offices of Anthony Boskovich
28 N. First St., Ste. 600
San Jose, CA  95113
(408) 286-5150
policemisconduct@compuserve.com

Attorney for Plaintiff

IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| HARVEY HOLCOMB,<br>                  *Plaintiff*,<br>v.<br>JERRY RAMAR, a Modesto police officer;<br>OFFICER KROUTIL, a Modesto police officer;<br>OFFICER COX, a Modesto police officer;<br>OFFICER BOTTOMS, a Modesto police officer;<br>OFFICER CICCARELLI, a Modesto police officer; J. CHANDLER, a Modesto police officer;<br>JOHN DOE and RICHARD ROE, Modesto police officers, the true names and exact numbers of whom are unknown at this time;  CITY OF MODESTO, a municipal corporation,<br>                  *Defendants.* | No.  1:13-CV-01102-AWI-SKO<br><br>STIPULATION AND ORDER<br>AMENDING SCHEDULING ORDER |

      This matter was originally filed by Plaintiff Harvey Holcomb on or about July 17, 2013.  Thereafter and on December 16, 2013, the Court issued a scheduling order setting the various pretrial and trial dates for this matter. In response to that scheduling order, the parties diligently proceeded to complete the necessary discovery and prepare for any potential motions until Defendants' counsel of record retired.  Although Defendants have now retained new counsel after prior counsel retired, the parties are desirous of amending the

1

court's prior scheduling order as necessary to assure neither party is prejudiced as well as provide additional opportunities for the parties to attempt to resolve the pending disputes.

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective attorneys of record that having met and conferred regarding the respective calendars of counsel that the Scheduling Order shall be amended as follows:

1. Fact discovery cutoff date is March 13, 2015;
2. Disclosure of expert witnesses is March 27, 2015;
3. Disclosure of supplemental expert witnesses is April 10, 2015;
4. Expert discovery cutoff date is April 24, 2015;
5. Last day for non-dispositive motions to be filed is May 1, 2015;
5. Last day for dispositive motions to be heard is June 8, 2015;
6. The pre-trial conference will be conducted on July 29, 2015 at 8:30 a.m. in Courtroom 2;
7. Trial shall commence on September 22, 2015 at 8:30 a.m. in Courtroom 2.

This request is submitted jointly on behalf of plaintiff's counsel and defendants' counsel. Therefore counsel request a six month continuance for the trial and other dates. As stated above, defense counsel substituted in as a result of the departure of former counsel, and upon meeting and conferring with plaintiff's counsel it was decided that additional time was needed to conduct discovery, narrow the issues, and put this case in a position for settlement and trial, if necessary. No
party will be prejudiced by this six month extension of time, and the parties believe that both sides will be prejudiced should this stipulation not be granted.

///
///
///
///
///
///
///
///

Dated:  20 October 2014                    /s/ Anthony Boskovich
                                           _____
                                           ANTHONY BOSKOVICH,
                                           Attorney for Plaintiff

Dated:  21 October 2014                    /s/ Kevin Gilbert
                                           _____
                                           Kevin Gilbert
                                           Attorney for Defendants

**ORDER**

IT IS SO ORDERED.

Dated:  October 21, 2014            _____
                                    SENIOR DISTRICT JUDGE