1  Adam U. Lindgren, City Attorney (SBN: 177476)
   CITY OF MODESTO
2  1010 10th Street, Suite 6300
   PO BOX 642
3  Modesto, CA  95353
   Telephone: (209) 577-5284
4  Facsimile: (209) 544-8260

5  Kevin P. McLaughlin, Esq. (SBN: 251477)
   kmclaughlin@meyersnave.com
6  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
7  Oakland, CA  94607
   Telephone: (510) 808-2000
8  Facsimile: (510) 444-1108

9  Attorneys for Defendants
   CITY OF MODESTO, JERRY RAMAR, JAIME COX, BEN KROUTIL,
10 JOSEPH BOTTOMS, TOM CICCARELLI and JEANNE CHANDLER

11                          UNITED STATES DISTRICT COURT
                            EASTERN DISTRICT OF CALIFORNIA
12
   HARVEY HOLCOMB,                        | Case No:  1:13-cv-01102-AWI-SKO
13
                  Plaintiff,
14                                        | **STIPULATION AND ORDER AMENDING**
   v.                                     | **SCHEDULING ORDER**
15
   JERRY RAMAR, a Modesto police officer;
16 OFFICER KROUTIL, a Modesto police officer;
   OFFICER COX, a Modesto police officer;
17 OFFICER BOTTOMS, a Modesto police
   officer; OFFICER CICCARELLI, a Modesto
18 police officer; J. CHANDLER, a Modesto
   police officer; JOHN DOE and RICHARD
19 ROE, Modesto police officers, the true names
   and exact numbers of whom are unknown at this
20 time; CITY OF MODESTO, a municipal
   corporation,
21                Defendants.

STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULING ORDER [13-cv-01102-AWI-SKO]

1    Plaintiff Harvey Holcomb, and Defendants Jerry Ramar, Officer Kroutil, Officer Cox, Officer Bottoms, Officer Ciccarelli, J. Chandler, and City of Modesto (collectively, the "Parties") hereby agree and stipulate as follows:

   Whereas, on October 21, 2014 the Court entered an order amending its Scheduling Order (Docket No. 30), which set the following case deadlines:

   1. Fact discovery cutoff:  March 13, 2015
   2. Disclosure of expert witnesses:  March 27, 2015
   3. Disclosure of supplemental expert witnesses:  April 10, 2015
   4. Non-dispositive motion filing deadline:  May 1, 2015
   5. Dispositive motion hearing deadline:  June 8, 2015
   6. Pre-trial conference date:  July 29, 2015 at 8:30 a.m. in Courtroom 2
   7. Trial date:  September 22, 2015 at 8:30 a.m. in Courtroom 2;

   Whereas, lead counsel for Defendants, Kevin Gilbert, recently left employment with the law firm representing Defendants, and on February 23, 2015 a Notice of Designation of Counsel was filed by Defendants designating a new lead counsel for Defendants, Blake Loebs;

   Whereas, discovery regarding the defendant officers has been delayed due to the departure of Mr. Gilbert and pending negotiation and entry of a stipulated protective order, which was filed in amended form on February 27, 2015;

   Whereas, Defendants have learned of the need to file an amended answer to assert the affirmative defense of qualified immunity, and Plaintiff has stipulated to the filing of an amended answer reflecting same, which amended answer will be filed pursuant to stipulation on or shortly after March 2, 2015;

   Whereas, good cause exists based upon the foregoing to continue the trial and pretrial dates identified above by 90 days so that the Parties can complete fact discovery and prepare this case for trial without prejudice to either party;

///

///

///

1

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their undersigned counsel of record, subject to the approval of the Court, to amend the Scheduling Order as follows:

1. Fact discovery cutoff:  June 12, 2015
2. Disclosure of expert witnesses:  June 26, 2015
3. Disclosure of supplemental expert witnesses:  July 10, 2015
4. Expert discovery cutoff:  August 7, 2015
5. Non-dispositive motion filing deadline:  July 31, 2015
6. Dispositive motion hearing deadline:  September 7, 2015
7. Pre-trial conference date:  November 4, 2015 at 10:00 a.m. in Courtroom 2
8. Trial date:  January 12, 2016 at 8:30 a.m. in Courtroom 2.

IT IS SO STIPULATED.

DATED:  March 2, 2015          MEYERS, NAVE, RIBACK, SILVER & WILSON

By:     /s/ Kevin P. McLaughlin
        Kevin P. McLaughlin
        Attorney for Defendants
        CITY OF MODESTO, JERRY RAMAR,
        JAIME COX, BEN KROUTIL, JOSEPH
        BOTTOMS, TOM CICCARELLI
        and JEANNE CHANDLER

DATED:  March 2, 2015          LAW OFFICES OF ANTHONY BOSKOVICH

By:     /s/ Anthony Boskovich
        Anthony Boskovich
        Attorney for Plaintiff
        HARVEY HOLCOMB

The filer, Kevin P. McLaughlin, attests that all other signatories listed on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

**ORDER**

Good cause appearing, the Court hereby adopts the Stipulation of the parties as an Order of the Court.

IT IS SO ORDERED.

Dated:   March 2, 2015                                    _____
                                                                              SENIOR  DISTRICT  JUDGE