UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| HARVEY HOLCOMB, | Case No: 13-cv-01102-AWI-SKO |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION REQUESTING BRIEF CONTINUANCE OF DISCOVERY CUT-OFF AND EXPERT DISCLOSURE ONLY; ORDER THEREON** |
| JERRY RAMAR, a Modesto police officer; OFFICER KROUTIL, a Modesto police officer; OFFICER COX, a Modesto police officer; OFFICER BOTTOMS, a Modesto police officer; OFFICER CICCARELLI, a Modesto police officer; J. CHANDLER, a Modesto police officer; JOHN DOE and RICHARD ROE, Modesto police officers, the true names and exact numbers of whom are unknown at this time; CITY OF MODESTO, a municipal corporation, | |
| Defendants. | |

2440306.1

## PARTIES

The parties to this Stipulation are Plaintiff HARVEY HOLCOMB ("Plaintiff" or "Holcomb") and Defendants CITY OF MODESTO, JERRY RAMAR, JAIME COX, BEN KROUTIL, JOSEPH BOTTOMS, TOM CICCARELLI and JEANNE CHANDLER ("Defendants"), collectively, ("Parties").

## RECITALS

**WHEREAS**, the Parties have been working cooperatively to complete the necessary discovery by the current deadline of June 12, 2016.  But, intervening trial that begins on June 9, 2015, will make that difficult.  Accordingly, the parties are requesting a brief continuance of the discovery cut-off from June 16, 2015 to July 1, 2015.  The parties are also requesting an extension of the current deadline for expert disclosure from June 26, 2015 to July 13, 2015.  The Parties are not requesting that any other deadlines be continued and do not believe that the brief extensions requested will interfere in anyway with the current deadline for filing dispositive motions or the trial date of January 12, 2016.

## STIPULATION

**WHEREFORE**, the Parties agree and stipulate as follows:

1. The Parties respectfully request that the Court continue the discovery cut-off in this matter from June 12, 2015 to July 1, 2015.

2. The parties are also requesting an extension of the current deadline for expert disclosure from June 26, 2015 to July 13, 2015.

**IT IS SO STIPULATED**:

DATED:  May 14, 2015        MEYERS, NAVE, RIBACK, SILVER & WILSON

                            By:   /S/  Blake P. Loebs
                                Blake P. Loebs
                                Kevin P. McLaughlin
                                Attorney for Defendants

2440306.1                                1
STIPULATION RE DISCOVERY CUT-OFF AND EXPERT DISCLOSURE; ORDER THEREON
[13-cv-01102-AWI-SKO]

DATED:  May 14, 2015              LAW OFFICES OF ANTHONY BOSKOVICH

                                  By:    /S/  Anthony Boskovich
                                         Anthony Boskovich
                                         Attorney for Plaintiff
                                         HARVEY HOLCOMB

## **ORDER**

The parties have requested a schedule modification to continue the non-expert discovery deadline and the deadline to disclose experts.  The parties have not requested a modification to the rebuttal expert disclosure deadline, which would occur, under the proposed schedule, *before* the modified deadline to disclose experts.  As such, the Court modifies the schedule pursuant to the parties' stipulation and further modifies the deadline for rebuttal expert disclosure.  The schedule is modified as follows:

| **Event** | **Modified Deadline** | **Current Deadline** |
| --- | --- | --- |
| 1.  Non-Expert Discovery | July 1, 2015 | June 12, 2015 |
| 2.  Expert Disclosure | July 13, 2015 | June 26, 2015 |
| 3.  Rebuttal Expert Disclosure | July 24, 2015 | July 10, 2015 |

No other scheduling deadlines are modified.

IT IS SO ORDERED.

   Dated:   **May 14, 2015**                       **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE