Anthony Boskovich, No. 121198
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, California 95113-1210
(408) 286-5150
policemisconduct@compuserve.com

Attorney for plaintiff HARVEY HOLCOMB

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY HOLCOMB, | Case No.  1:13-cv-01102-AWI-SKO |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING DISCOVERY CUT-OFF** |
| v. | |
| JERRY RAMAR, a Modesto Police officer; OFFICER KROUTIL, a Modesto Police officer; OFFICER COX, a Modesto Police officer; OFFICER BOTTOMS, a Modesto Police officer; OFFICER CICCARELLI, a Modesto Police officer; J. CHANDLER, a Modesto Police officer; JOHN DOE and RICHARD ROE, Modesto police officers, the true names and exact numbers of whom are unknown at this time; CITY OF MODESTO, a municipal corporation, | |
| Defendants. / | |

**STIPULATION**

The parties to this Stipulation are Plaintiff HARVEY HOLCOMB ("Plaintiff" or "Holcomb") and Defendants CITY OF MODESTO, JERRY RAMAR, JAIME COX, BEN KROUTIL, JOSEPH BOTTOMS, TOM CICCARELLI and JEANNE CHANDLER ("Defendants"), collectively, ("Parties").

WHEREAS, the Parties have been working cooperatively to complete the necessary discovery by the current deadline of July 1, 2015.  Defendants agreed that they would supplement

their responses to written discovery that had been answered by former counsel and that plaintiff would depose some or all of the individually named defendants after that supplementation. Two defendants are no longer employed by the City of Modesto and counsel for defendants had an intervening trial, so supplemental responses were served on plaintiff on June 23, 2015, thus precluding depositions within the current schedule. Accordingly, the parties are requesting a brief continuance of the discovery cut-off and expert disclosures to August 15, 2015. The Parties are not requesting that the dispositive motions date, pretrial conference, or trial be continued and do not believe that the brief extension requested will interfere in any way with the trial date of January 12, 2016.

The discovery that plaintiff will do is the depositions of the defendants. The parties will also meet and confer regarding potential disputes regarding the written discovery that will be resolved by the new deadline.

WHEREFORE, the Parties agree and stipulate that the scheduling order be amended as follows:

| *Case Management Event:* | *Prior-Operative Date-Deadline:* | *Stipulated-Deadline:* |
|---|---|---|
| Non-Expert Discovery Deadline | July 1, 2015 | **August 15, 2015** |
| Expert Disclosures | July 10, 2015 | **August 15, 2015** |
| Rebuttal-Supplemental Expert Disclosures | July 24, 2015 | **August 28, 2015** |
| Expert Discovery Deadline | August 7, 2015 | **September 11, 2015** |

All other dates remain as set.

IT IS SO STIPULATED.

DATED:     June 25, 2015            By: /S/ Blake P. Loebs
                                    Blake P. Loebs
                                    Kevin P. McLaughlin
                                    MEYERS, NAVE, RIBACK, SILVER & WILSON
                                    Attorney for Defendants

DATED:  June 25, 2015               By: /S/ Anthony Boskovich
                                    Anthony Boskovich
                                    LAW OFFICES OF ANTHONY BOSKOVICH
                                    Attorney for Plaintiff
                                    HARVEY HOLCOMB

2

**ORDER**

An informal telephonic conference was held on June 30, 2015; Anthony Boskovich, Esq., appeared on behalf of the Plaintiff; Blake Loebs, Esq., appeared on behalf of the Defendants.

Good cause appearing, the Parties' stipulated request for an extension of discovery deadlines will be granted in part. To best accommodate the Parties' request and the Court's calendar, IT IS HEREBY ORDERED that the dates be extended as follows:

| *Case Management Event:* | *Prior-Operative Date-Deadlines:* | *Parties' Requested Deadlines:* | *Final Deadlines:* |
|---|---|---|---|
| Non-Expert Discovery Deadline | July 1, 2015 | August 15, 2015 | **August 15, 2015** |
| Expert Disclosures | July 13, 2015 | August 15, 2015 | **August 15, 2015** |
| Rebuttal-Supplemental Expert Disclosures | July 24, 2015 | August 28, 2015 | **August 28, 2015** |
| Expert Discovery Deadline | August 7, 2015 | September 11, 2015 | **September 11, 2015** |
| Non-Dispositive Motion Filing Deadline | July 31, 2015 | Unchanged | **August 12, 2015** |
| Non-Dispositive Motion Hearing Deadline | None | Unchanged | **September 9, 2015** |
| Dispositive Motion (MSJ) Filing Deadline | None | August 10, 2015 | **August 17, 2015** |
| Dispositive Motion (MSJ) Hearing Deadline | September 7, 2015 | Unchanged | **September 21, 2015** |
| Final Pre-Trial Conference | November 4, 2015 10:00 a.m., Ctrm 2 | Unchanged | **Unchanged** |
| TRIAL | January 12, 2016 8:30 a.m., Ctrm 2 Jury Trial | Unchanged | **Unchanged** |

IT IS SO ORDERED.

Dated:   **June 30, 2015**                               /s/ Sheila K. Oberto
                                                 UNITED STATES MAGISTRATE JUDGE