Anthony Boskovich (SBN 121198)
Law Offices of Anthony Boskovich
28 N. First St., Ste. 600
San Jose, CA  95113
(408) 286-5150
policemisconduct@compuserve.com

Attorney for Plaintiff

IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| HARVEY HOLCOMB,<br>         Plaintiff,<br>v.<br>JERRY RAMAR, a Modesto police officer;<br>OFFICER KROUTIL, a Modesto police officer;<br>OFFICER COX, a Modesto police officer;<br>OFFICER BOTTOMS, a Modesto police officer;<br>OFFICER CICCARELLI, a Modesto police officer; J. CHANDLER, a Modesto police officer;<br>JOHN DOE and RICHARD ROE, Modesto police officers, the true names and exact numbers of whom are unknown at this time; CITY OF MODESTO, a municipal corporation,<br>         Defendants. | No. 1:13-cv-01102-AWI-SKO<br><br>STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ONLY DEFENDANTS OFFICER COX AND J. CHANDLER |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that Defendants OFFICER COX and J. CHANDLER be and hereby are dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). Each side shall bear its own attorney's fees and costs.

Dated: 5 August 2015              ____/s/ Anthony Boskovich_____
                                  ANTHONY BOSKOVICH
                                  Attorney for Plaintiff


                                  MEYERS, NAVE, RIBACK, SILVER & WILSON

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
OF DEFENDANTS OFFICER COX AND J. CHANDLER                                    Page 1

Dated: August 5, 2015          By:      ____/s/ Blake P. Loebs_____
                                            BLAKE P. LOEBS
                                            Attorneys for Defendants

## ORDER

Pursuant to the stipulation of the parties, Defendants OFFICER COX and J. CHANDLER are dismissed with prejudice. Each side to bear its own attorney's fees and costs.  This case remains open.

IT IS SO ORDERED.

Dated:  August 5, 2015          _____
                                          SENIOR DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
OF DEFENDANTS OFFICER COX AND J. CHANDLER                              Page 2