Anthony Boskovich, No. 121198
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, California 95113-1210
(408) 286-5150
policemisconduct@compuserve.com

Attorney for plaintiff HARVEY HOLCOMB

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY HOLCOMB, | Case No. 1:13-cv-01102-AWI-SKO |
| Plaintiff, | **ORDER EXTENDING DISCOVERY DEADLINES** |
| v. | |
| JERRY RAMAR, a Modesto police officer; OFFICER KROUTIL, a Modesto police officer; OFFICER COX, a Modesto police officer; OFFICER BOTTOMS, a Modesto police officer; OFFICER CICCARELLI, a Modesto police officer; J. CHANGLER, a Modesto police officer; JOHN DOE and RICHARD ROE, Modesto police officers, the true names and exact numbers of whom are unknown at this time; CITY OF MODESTO, a municipal corporation, | |
| Defendants. | |

**PARTIES**

The parties to this Stipulation are Plaintiff HARVEY HOLCOMB ("Plaintiff" or "Holcomb") and Defendants CITY OF MODESTO, JERRY RAMAR, JAIME COX, BEN KROUTIL, JOSEPH BOTTOMS, TOM CICCARELLI and JEANNE CHANDLER ("Defendants"), collectively, ("Parties").

## RECITALS

WHEREAS, the Parties have been working cooperatively to complete the necessary discovery and expert disclosures by the current deadline of August 15, 2015.  The deposition of Officer Ramar, the principal defendant in this matter, had to be postponed until August 12. 2015 due to illness.  Accordingly, the parties are requesting a brief continuance of the expert disclosures and discovery deadlines as set forth below.  The Parties are <u>not</u> requesting that the dispositive motions date, pretrial conference, or trial be continued and do not believe that the brief extension requested will interfere in any way with the trial date of January 12, 2016.

## STIPULATION

WHEREFORE, the Parties agree and stipulate that the scheduling order be amended as follows:

|  | CURRENT DATE | PROPOSED DATE |
| --- | --- | --- |
| Designation of Experts with Reports | 15 August 2015 | 4 September 2015 |
| Designation of Rebuttal Experts with Reports | 28 August 2015 | 18 September 2015 |
| Expert Discovery Cutoff | 11 September 2015 | 2 October 2015 |
| Deadline for Filing Expert Discovery Motions | See Civ. Loc. Rule 251 | See Civ. Loc. Rule 251 |

All other dates remain as set.

**IT IS SO STIPULATED**:

Dated: 5 August 2015            /s/ Anthony Boskovich_____
                                ANTHONY BOSKOVICH
                                Attorney for Plaintiff, Harvey Holcomb

Dated: August 5, 2015           MEYERS, NAVE, RIBACK, SILVER & WILSON
                        By:     /s/ Blake P. Loebs_____
                                BLAKE P. LOEBS
                                Attorneys for Defendants

2

**ORDER**

Good cause appearing, the Court ORDERS the discovery schedule is modified as follows:

|  | CURRENT DEADLINE | **NEW DEADLINE** |
|---|---|---|
| Designation of Experts with Reports | August 15, 2015 | **September 4, 2015** |
| Designation of Rebuttal Experts with Reports | August 28, 2015 | **September 18, 2015** |
| Expert Discovery Cutoff | September 11, 2015 | **October 2, 2015** |
| Non-Dispositive Motion Filing Deadline | August 12, 2015 | **August 24, 2015** |
| Non-Dispositive Motion Hearing Deadline | September 9, 2015 | **September 23, 2015** |

All other dates remain as set.

IT IS SO ORDERED.

Dated:   **August 10, 2015**                              **/s/ Sheila K. Oberto**
                                                                                  UNITED STATES MAGISTRATE JUDGE