Anthony Boskovich, No. 121198
Law Offices of Anthony Boskovich
28 N. First Street, 6th Floor
San Jose, California 95113-1210

(408) 286-5150
policemisconduct@compuserve.com

Attorney for plaintiff HARVEY HOLCOMB

# IN THE DISTRICT COURT OF THE UNITED STATES OF AMERICA

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| HARVEY HOLCOMB,<br>        *Plaintiff,*<br>v.<br>JERRY RAMAR, a Modesto police officer;<br>OFFICER KROUTIL, a Modesto police officer;<br>OFFICER COX, a Modesto police officer;<br>OFFICER BOTTOMS, a Modesto police officer;<br>OFFICER CICCARELLI, a Modesto police officer; J. CHANDLER, a Modesto police officer;<br>JOHN DOE and RICHARD ROE, Modesto police officers, the true names and exact numbers of whom are unknown at this time; CITY OF MODESTO, a municipal corporation,<br>        *Defendants.* | No. 1:13-CV-01102-AWI-SKO<br><br>DECLARATION OF ANTHONY BOSKOVICH IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, OR ALTERNATIVELY PARTIAL SUMMARY JUDGMENT<br><br>Date :      September 21, 2015<br>Time:     1:30 p.m.<br>Courtroom: 2, 8th Floor<br>Judge:    Hon. Anthony W. Ishii |

I, Anthony Boskovich, declare:

1. I am an attorney at law admitted to practice before this court, the Ninth Circuit Court of Appeals, the United States Supreme Court, and all California state courts. I am the attorney of record for plaintiff Harvey Holcomb in this matter.

DECLARATION OF HARVEY HOLCOMB IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - Case No. 1:13-CV-01102-AWI-SKO                Page 1

2. Attached hereto as Exhibit A are true and correct copies of portions of the deposition testimony of Harvey Holcomb in this matter, taken on 4 March 2015.

3. Attached hereto as Exhibit B are true and correct copies of portions of the deposition testimony of Bryan Turner in this matter, taken on 13 April 2015.

4. Attached hereto as Exhibit C are true and correct copies of portions of the deposition testimony of Jerry Ramar in this matter, taken on 12 August 2015.

5. Attached hereto as Exhibit D are true and correct copies of portions of the deposition testimony of Ben Kroutil in this matter, taken on 25 July 2015.

6. Attached hereto as Exhibit E are true and correct copies of court documents for the criminal case in Stanislaus County Superior Court that arose out of the events that led to this lawsuit.

7. Attached hereto as Exhibit F is a true and correct copies of Exhibit 1 to the deposition testimony of John Perino taken in this matter, taken on 28 July 2015.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 5, 2015, at San Jose, California.

/s/ Anthony Boskovich
_____
Anthony Boskovich

DECLARATION OF HARVEY HOLCOMB IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT - Case No. 1:13-CV-01102-AWI-SKO            Page 2