Adam U. Lindgren, City Attorney (SBN: 177476)
CITY OF MODESTO
1010 10th Street, Suite 6300
PO BOX 642
Modesto, CA  95353
Telephone: (209) 577-5284
Facsimile: (209) 544-8260

Blake P. Loebs (SBN: 145790)
bloebs@meyersnave.com
Kevin P. McLaughlin (SBN: 251477)
kmclaughlin@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF MODESTO, JERRY RAMAR, BEN KROUTIL, JOSEPH BOTTOMS, TOM CICCARELLI and JEANNE CHANDLER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY HOLCOMB,<br><br>Plaintiff,<br><br>v.<br><br>JERRY RAMAR, a Modesto police officer; OFFICER KROUTIL, a Modesto police officer; OFFICER COX, a Modesto police officer; OFFICER BOTTOMS, a Modesto police officer; OFFICER CICCARELLI, a Modesto police officer; J. CHANDLER, a Modesto police officer; JOHN DOE and RICHARD ROE, Modesto police officers, the true names and exact numbers of whom are unknown at this time; CITY OF MODESTO, a municipal corporation,<br><br>Defendants. | Case No:  13-cv-01102-AWI-SKO<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANTS OFFICER CICCARELLI AND CITY OF MODESTO** |

2524261.1

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that Defendants Officer Ciccarelli, the City of Modesto and Plaintiff's Second Claim for relief (section 1983 claims against the City of Modesto [*Monell* claim]), shall be dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1). Each side shall bear their own attorneys' fees and costs related to these dismissed defendants and this dismissed claim.

DATED: October 6, 2015    MEYERS, NAVE, RIBACK, SILVER & WILSON

By:  /s/ Blake P. Loebs
Blake P. Loebs
Attorney for Defendants
CITY OF MODESTO, JERRY RAMAR, BEN KROUTIL, JOSEPH BOTTOMS, TOM CICCARELLI and JEANNE CHANDLER

DATED: October 6, 2015    LAW OFFICES OF ANTHONY BOSKOVICH

By:  /s/ Anthony Boskovich
Anthony Boskovich
Attorney for Plaintiff
HARVEY HOLCOMB

The filer, Blake P. Loebs, attests that all other signatories listed on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

DATED: October 6, 2015    By:  /s/ Blake P. Loebs
Blake P. Loebs

**ORDER**

Pursuant to the stipulation of the parties, Defendants Officer Ciccarelli, the City of Modesto and Plaintiff's Second Claim for relief (section 1983 claims against the City of Modesto [*Monell* claim]) shall be dismissed with prejudice.  Each side shall bear their own attorneys' fees and costs related to these dismissed defendants and this dismissed claim.

IT IS SO ORDERED.

Dated:   October 7, 2015                                                    _____
                                                                             SENIOR  DISTRICT  JUDGE