UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HARVEY HOLCOMB,**<br><br>　　　　**Plaintiff**<br><br>　　v.<br><br>**JERRY RAMAR, et al.,**<br><br>　　　　**Defendants** | **CASE NO. 1:13-CV-1102 AWI SKO**<br><br>**ORDER SETTING OCTOBER 18, 2016 TRIAL DATE, SETTING OCTOBER 11, 2016 TRIAL CONFIRMATION, AND ORDER MODIFYING NOVEMBER 20, 2015 PRE-TRIAL ORDER** |

  Trial in this matter was vacated in 2015. Following instructions from the Court, the parties have submitted a stipulation to reset the trial date to October 18, 2016. A review of the Court's calendar shows that October 18, 2016 is an available date, and the Court will reset trial to that time. Furthermore, with the resetting of the trial date, it is necessary to modify certain dates and deadlines in the November 20, 2015 Pre-Trial Order.

  Accordingly, IT IS HEREBY BY ORDERED that:

1. Pursuant to the parties' stipulation, trial in this matter is RESET to October 18, 2016 at 8:30 a.m. in Courtroom No. 2;

2. The November 20, 2015 Pre-Trial Order (Doc. No. 65) is MODIFIED as follows:

 a. All January 7, 2016 deadlines are RESET to October 13, 2016;

 b. The new motions in limine schedule is as follows:

        i.        Motions in limine shall be filed no later than September 12, 2016;

        ii.       Oppositions or notices of non-opposition shall be filed no later than September 26, 2015;

        iii.     Any replies to oppositions to motions in limine shall be filed no later than October 3, 2016;

c.    The trial confirmation, preliminary jury instructions and verdict form, and motions in limine hearing is RESET to October 11, 2016 at 1:30 p.m. in Courtroom No. 2.

d.    The parties shall file proposed verdict forms and jury instructions no later than September 21, 2016;

e.    The parties may file trial briefs on or by September 23, 2016, and may file replies to trial briefs on or by September 30, 2016;

f.    The parties shall meet no later than August 29, 2016 to pre-mark exhibits; and

g.    All other aspects of the November 20, 2015 Pre-Trial Order remain in effect.

IT IS SO ORDERED.

Dated:   February 11, 2016                             /s/ signature
                                                          SENIOR DISTRICT JUDGE