# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **HARVEY HOLCOMB,**<br><br>        **Plaintiff**<br><br>        v.<br><br>**JERRY RAMAR, et al.,**<br><br>        **Defendants** | **CASE NO. 1:13-CV-1102 AWI SKO**<br><br>**ORDER ON STIPULATION AND ORDER VACATING NOVEMBER 21, 2016 HEARING**<br><br>**(Doc. No. 143)** |

    Currently pending before the Court is a motion in limine by Defendants to exclude the testimony of Dr. Paul Braaton. Hearing on this motion is set for November 21, 2016. On November 10, 2016, the parties submitted a stipulation to move the hearing to either December 5 or December 12, 2016.

    The Court will grant the stipulation and move the hearing to December 12, 2016. The hearing will be at 3:30 p.m., and, since both counsel are out of the area, the Court will conduct the hearing telephonically. The parties shall call the Court together, and shall contact the Court's courtroom deputy, Wendy Kusamara, for further details and procedures regarding telephonic hearings.

    Accordingly, IT IS HEREBY ORDERED that the November 21, 2016 hearing is VACATED and RESET for a telephonic hearing on December 12, 2016 at 3:30 p.m.

IT IS SO ORDERED.

Dated:  November 14, 2016                                    /s/ *[signature]*
                                                        SENIOR DISTRICT JUDGE