Adam U. Lindgren, City Attorney (SBN: 177476)
CITY OF MODESTO
1010 10th Street, Suite 6300
PO BOX 642
Modesto, CA 95353
Telephone: (209) 577-5284
Facsimile: (209) 544-8260

Blake P. Loebs (SBN: 145790)
bloebs@meyersnave.com
Robert S. Moutrie (SBN: 295250)
rmoutrie@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
JERRY RAMAR, BEN KROUTIL, and JOSEPH BOTTOMS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARVEY HOLCOMB,<br><br>    Plaintiff,<br><br>v.<br><br>JERRY RAMAR, a Modesto police officer; OFFICER KROUTIL, a Modesto police officer; OFFICER COX, a Modesto police officer; OFFICER BOTTOMS, a Modesto police officer; OFFICER CICCARELLI, a Modesto police officer; J. CHANDLER, a Modesto police officer; JOHN DOE and RICHARD ROE, Modesto police officers, the true names and exact numbers of whom are unknown at this time; CITY OF MODESTO, a municipal corporation,<br><br>    Defendants. | Case No: 13-cv-01102-AWI-SKO<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER REGARDING COSTS AND APPEAL**<br><br><br><br><br><br><br><br>Trial: August 8, 2017 |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | Plaintiff, HARVEY HOLCOMB ("Holcomb" or "Plaintiff"), and Defendants JERRY |
| 3 | RAMAR, OFFICERS KROUTIL, COX, BOTTOMS, CICCARELLI, DOE, and CITY OF |
| 4 | MODESTO ("City", or collectively, "Defendants") by and through their respective counsel of |
| 5 | record, hereby stipulate to the terms and conditions of this stipulation and jointly request that the |
| 6 | court enter the attached Order: |
| 7 | 1. The Court entered Judgment in favor of the Defendants on August 21, 2017. (*See* |
| 8 | Doc No. 192, the "Judgment") |
| 9 | 2. The Defendants filed their Bill of Costs on September 6, 2017. (*See* Doc. No. 194, |
| 10 | the "Costs") |
| 11 | 3. Plaintiff has a right to appeal the Judgment before the Court of Appeals. |
| 12 | 4. Holcomb seeks to have the City and the other named Defendants in this action |
| 13 | waive their costs and attorneys' fees. |
| 14 | 5. City seeks to have Holcomb agree not to appeal the jury verdict or any other |
| 15 | matters related to this case. |
| 16 | WHEREFORE, the parties hereby stipulate and agree as follows: |
| 17 | 1. The City Defendants waive the Costs identified in its Bill of Costs and waive any |
| 18 | right they might have to attorneys' fees in this matter. |
| 19 | 2. Holcomb agrees to waive his right to all appealable any and all issues arising in and |
| 20 | from this action, including but not limited to any appeals based on the jury trial or Judgment. |
| 21 | IT IS SO STIPULATED. |

| | | |
|---|---|---|
| DATED: September 20, 2017 | | MEYERS, NAVE, RIBACK, SILVER & WILSON |

By: /S/ Blake P. Loebs
Blake P. Loebs
Attorneys for Defendants
JERRY RAMAR, BEN KROUTIL, and JOSEPH BOTTOMS

DATED: September 20, 2017     LAW OFFICES OF ANTHONY BOSKOVICH

By: /S/ Anthony Boskovich
Anthony Boskovich
Attorney for Plaintiff
HARVEY HOLCOMB

**Attestation of Concurrence in the Filing**

The filer, Blake P. Loebs, attests that all other signatories listed on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that, upon good cause being shown as set forth in the stipulation of legal counsel above, the Court hereby adopts the stipulation.

IT IS SO ORDERED.

Dated: September 21, 2017     _____
SENIOR DISTRICT JUDGE